ORIGINAL

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2015 MAR 16 P 1:31
CLERK _____
SO. DIST. OF GA.

| | | |
|---|---|---|
| JAMES SHANNON GAY and MICHELLE G. GAY, | * * * * | |
| Plaintiffs, | * * | |
| v. | * * | CV 314-059 |
| FASTENAL COMPANY, INC., and TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, | * * * * | |
| Defendants. | * | |

# O R D E R

On March 13, 2015, the parties to this diversity suit filed a notice of dismissal of Plaintiffs' claims with prejudice. (Doc. no. 35.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), **IT IS ORDERED** that this case is **DISMISSED WITH PREJUDICE**. All parties shall bear their own costs and attorneys' fees. The Clerk is directed to **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia, this 16th day of March, 2015.

_____
UNITED STATES DISTRICT JUDGE